**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: DMCA Subpoena to eBay Inc. | :<br>:<br>: Case No. 1:22-mc-15<br>:<br>:<br>: **DECLARATION OF**<br>: **ADAM C. SHERMAN**<br>:<br>:<br>: |

I, Adam C. Sherman, Esq., declare, under penalty of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the matters contained here. I have personal knowledge of the matters contained in this Declaration.

2. I am an attorney with the law firm of Vorys, Sater, Seymour and Pease LLP. I represent OPTAVIA LLC and Jason Enterprises, Inc. (collectively "OPTAVIA"), which own the copyrights to the images at issue in this matter.

3. OPTAVIA discovered the eBay Account, located at the URL https://www.ebay.com/usr/alpers_aa/. The eBay Account has been using copyrighted images from OPTAVIA's website to advertise for sale what purport to be OPTAVIA products. OPTAVIA's copyrighted materials are being used without its consent and are thereby being infringed.

4. OPTAVIA discovered the eBay Account, located at the URL https://www.ebay.com/usr/mipla9631/. The eBay Account has been using copyrighted images from OPTAVIA's website to advertise for sale what purport to be OPTAVIA products. OPTAVIA's copyrighted materials are being used without its consent and are thereby being infringed.

5. The eBay Accounts are hosted by eBay Inc. ("eBay").

6. OPTAVIA seeks to subpoena eBay for documents containing identifying information relating to the identity of the person who created and/or controlled the eBay Account at https://www.ebay.com/usr/alpers_aa/, as this person posted infringing images.

7. OPTAVIA seeks to subpoena eBay for documents containing identifying information relating to the identity of the person who created and/or controlled the eBay Account at https://www.ebay.com/usr/mipla9631/, as this person posted infringing images.

8. The objective of subpoenaing eBay is to obtain the identity of the alleged infringers, and such information that OPTAVIA obtains from eBay will only be used for the purpose of protecting OPTAVIA's rights under 17 U.S.C. § 101, *et seq.*

9. Attached as Exhibit 1 to this Declaration is a true and correct copy of the notification sent to eBay regarding the eBay Account located at the URL https://www.ebay.com/usr/alpers_aa/, pursuant to 17 U.S.C. § 512(C)(3)(A).

10. Attached as Exhibit 2 to this Declaration is a true and correct copy of the notification sent to eBay regarding the eBay Account located at https://www.ebay.com/usr/mipla9631/, pursuant to 17 U.S.C. § 512(C)(3)(A).

DATED: May 12, 2022

/s/ Adam C Sherman  
Adam C. Sherman, Esq.

**Sherman, Adam C.**

| | | |
|---|---|---|
| From: | Sherman, Adam C. | |
| Sent: | Thursday, February 17, 2022 1:58 PM | Sherman Decl., Ex 1 |
| To: | 'vero@ebay.com' | |
| Subject: | NOCI - Copyright | |

Notice of Claimed Infringement:

Intellectual Property Owner: Jason Enterprises, Inc.

Name and Title: Adam Sherman, outside counsel

Company Name: Vorys, Sater, Seymour and Pease LLP

Mailing Address: 301 E. 4th Street, Suite 3500, Cincinnati, Ohio 45202

Email Address (for communication with eBay): acsherman@vorys.com

Email Address (for communication with sellers): enforcement@vorys.com

Telephone: 513-723-4680

Website: www.vorys.com

Declaration

I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.

Signature: /s/ Adam Sherman

Date: 2/17/2022

Allegedly Infringing Item Number(s)/Product URL(s):

Seller: alpers_aa

Item: 165245402031

Image link: https://i.ebayimg.com/images/g/h~YAAOSwJRxhwi-8/s-l400.jpg

Reason Code: 4.2 Listing(s) contains unlawful copy of copyrighted image

Description of why you believe listing(s) infringe(s) your rights: The image used with this listing is a copyrighted image owned by Jason Enterprises, Inc. It was taken from the company's website without authorization.


Registration information and jurisdiction of applicable intellectual property rights: N/A

Reason Codes

Trademark – item infringement 1.1 Item(s) is a counterfeit product which infringes a trademark (provide trademark registration information).

Trademark – listing content infringement 2.1 Listing(s) contains unlawful use of trademark (provide trademark registration information).

Copyright – item infringement 3.1 Software is offered for sale in violation of an enforceable license agreement (eBay will not process reports seeking to prohibit the sale of genuine unopened software). 3.2 Item(s) is a counterfeit product which infringes a copyright. Here is a link to the image on Jason Pharmaceutical's Optavia website: https://www.optavia.com/us/en/essential-optimal-kit-1-plan/p/EssentialOptimalKit_Product

Copyright – listing content infringement 4.1 Listing(s) contains unlawful copy of copyrighted text. 4.2 Listing(s) contains unlawful copy of copyrighted image. 4.3 Listing(s) contains unlawful copy of copyrighted image and text.

Other infringement  5.1 Item(s) infringes a valid and enforceable patent (provide a copy of the relevant court order and the patent registration information). 5.2 Item(s) infringes a registered design right (available in Europe, Asia, Australia, and New Zealand only - provide design right registration information). 5.3 Item(s) violates a celebrity's right of publicity (available in US only). 5.4 Listing(s) content violates a celebrity's right of publicity (available in US only). 5.5 Store name or User ID infringes on a trademark (put user ID or Store URL in 'Item Number' field and provide trademark registration information).

6.1 Other – please detail in "Description of why you believe listing(s) infringes your rights" field.

Please note that eBay does not process reports to enforce selective distribution agreements, M.A.P. policies, and contractual disputes.

**Sherman, Adam C.**

| | | |
|---|---|---|
| **From:** | Jesinoski, Jennifer D. | Sherman Decl., Ex. 2 |
| **Sent:** | Thursday, March 03, 2022 9:35 AM | |
| **To:** | vero@ebay.com | |
| **Subject:** | NOCI | |

Notice of Claimed Infringement:

Intellectual Property Owner: OPTAVIA, LLC

Name and Title: Jennifer Jesinoski, outside counsel

Company Name: Vorys, Sater, Seymour and Pease LLP

Mailing Address: 301 E. 4th Street, Suite 3500, Cincinnati, Ohio 45202

Email Address (for communication with eBay): jdjesinoski@vorys.com

Email Address (for communication with sellers): enforcement@vorys.com

Telephone: 513-723-4089

Website: www.vorys.com

Declaration

I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.

Signature: /s/ Jennifer Jesinoski

Date: 3/3/2022

Allegedly Infringing Item Number(s)/Product URL(s):

| Infringing Listing URL | Seller | URLs for OTPAVIA's copyrighted material |
|---|---|---|
| https://www.ebay.com/itm/224851262800 | mipla9631 | https://www.optavia.com/us/en/essential-optima plan/p/EssentialOptimalKit_Product |



|  |  |
|--|--|
|  |  |
|  |  |
|  |  |

Reason Code:  4.2 Listing(s) contains unlawful copy of copyrighted image

Description of why you believe listing(s) infringe(s) your rights:  As the owner of the copyrighted photos, OPTAVIA, LLC, has the exclusive right to reproduce or authorize the reproduction of the copyrighted works. This seller is copying OPTAVIA, LLC's copyrighted image(s) in its product listings on eBay without authorization in violation of OPTAVIA, LLC's rights.

Registration information and jurisdiction of applicable intellectual property rights:  OPTAVIA LLC's product images are copyright protected material in the United States.

Reason Codes

2

Trademark – item infringement 1.1 Item(s) is a counterfeit product which infringes a trademark (provide trademark registration information).

Trademark – listing content infringement 2.1 Listing(s) contains unlawful use of trademark (provide trademark registration information).

Copyright – item infringement 3.1 Software is offered for sale in violation of an enforceable license agreement (eBay will not process reports seeking to prohibit the sale of genuine unopened software). 3.2 Item(s) is a counterfeit product which infringes a copyright.

Copyright – listing content infringement 4.1 Listing(s) contains unlawful copy of copyrighted text. 4.2 Listing(s) contains unlawful copy of copyrighted image. 4.3 Listing(s) contains unlawful copy of copyrighted image and text.

Other infringement  5.1 Item(s) infringes a valid and enforceable patent (provide a copy of the relevant court order and the patent registration information).  5.2 Item(s) infringes a registered design right (available in Europe, Asia, Australia, and New Zealand only - provide design right registration information). 5.3 Item(s) violates a celebrity's right of publicity (available in US only). 5.4 Listing(s) content violates a celebrity's right of publicity (available in US only). 5.5 Store name or User ID infringes on a trademark (put user ID or Store URL in 'Item Number' field and provide trademark registration information).

6.1 Other – please detail in "Description of why you believe listing(s) infringes your rights" field.

Please note that eBay does not process reports to enforce selective distribution agreements, M.A.P. policies, and contractual disputes.